FILED
 2006 May-25 AM 10:31
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NATHANIEL BARNES, JR.,** ) | |
| ) | |
| **Movant,** ) | |
| ) | **CASE NUMBERS:** |
| **vs.** ) | **CV 06-S-8019-S** |
| ) | **CR 01-S-0277-S** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on May 2, 2006, recommending that the motion to vacate, set aside or correct a sentence, filed by Nathaniel Barnes, Jr., pursuant to 28 U.S.C. § 2255, be denied (Civil doc. no. 2). The movant filed objections on May 16, 2006 (Civil doc. no. 4). The court has considered the entire file in this action, together with the magistrates' report and recommendation and the movant's objections, and has reached an independent conclusion that the report and recommendation is due to be affirmed. Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The motion to vacate is due to be DENIED. An appropriate order will be entered.

DONE this day 25th of May 2006.

_____
United States District Judge